**JOHN DOUGLAS BARR** ............... California State Bar No. 40663
**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**..................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WOODS, JR.; and<br>JAMES WOODS, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TEHAMA;<br>TEHAMA COUNTY SHERIFFS' OFFICE;<br>SHERIFF DAVE HENCRATT, in his individually and official capacity as Sheriff for the County of Tehama Sheriff Department;<br>ASSISTANT SHERIFF PHIL JOHNSTON; in his individual and official capacity as Assistant Sheriff for the County of Tehama Sheriff Department;<br>SUCCESSOR IN INTEREST OR ESTATE OF KEVIN NEAL and;<br>THE RANCHO TEHAMA ASSOCIATION INC.<br><br>Defendants. | No.  2:18-CV-02918-TLN-DMC<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO EXTEND TIME FOR SERVICE OF SUMMONS AND COMPLAINT** |

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
**Order Re Plaintiffs' Request to Extend Time for Service on All Defendants**

Having reviewed and considered Plaintiffs' Request to Extend Time Period for Service of Summons and Complaint on All Defendants, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs are granted an additional ninety (90) days to effectuate service of the Summons and Complaint on all Defendants: COUNTY OF TEHAMA; TEHAMA COUNTY SHERIFFS' OFFICE; SHERIFF DAVE HENCRATT, in his individual and official capacities as Sheriff for the County of Tehama Sheriff Department; ASSISTANT SHERIFF PHIL JOHNSTON; in his individual and official capacities as Assistant Sheriff for the County of Tehama Sheriff Department; SUCCESSOR IN INTEREST OR ESTATE OF KEVIN NEAL; and THE RANCHO TEHAMA ASSOCIATION INC. Service shall be completed not later than **May 3, 2019**.

IT IS SO ORDERED.

Dated: February 4, 2019

_____
Troy L. Nunley
United States District Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008