1  **TROY DOUGLAS MUDFORD ..... California State Bar No. 156392**
   **ESTEE LEWIS.................................California State Bar No. 268358**
2  **CATHLEEN THERESA BARR ....... California State Bar No. 295538**
   **BRANDON STORMENT ...............California State Bar No. 267260**
3  **BARR & MUDFORD, LLP**
4  1824 Court Street/Post Office Box 994390
   Redding, California   96099-4390
5  Telephone:  (530) 243-8008
   Facsimile:  (530) 243-1648
6
7  Attorneys for Plaintiffs

8                     UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10

11 JAMES WOODS, JR.; et al.,                No.  2:18-CV-02918-TLN-DMC
12            Plaintiffs,
13            vs.                           **ORDER RE: STIPULATION TO**
                                            **EXTEND TIME FOR PLAINTIFFS TO**
14                                          **FILE A FURTHER AMENDED**
   COUNTY OF TEHAMA; et al.,                **COMPLAINT OR REQUEST FOR FINAL**
15                                          **ORDER**
            Defendants.
16

17

18         **IT IS HEREBY ORDERED**, per Stipulation by the Parties, that the time for Plaintiffs to

19 file an Amended Complaint or Request for Final Order is extended for sixty (60) additional days,

20 to December 3, 2021.

21         **IT IS SO ORDERED.**
22

23

24 DATED:  October 1, 2021
                                            _____
25                                          Troy L. Nunley
                                            United States District Judge
26

27

28

**Order  Re Stip. to Extend Time to File Amended Complaint or Req. for Final Order**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008